UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: Tana Bush Tackett        CASE NO.: 11-10654

DEBTOR(S)

## Certificate of Service

I Hereby certify on May 17, 2011, that a copy of the Chapter 13 Plan has been served upon the attached mailing list matrix via United States mail with postage properly attached.

May 17, 2011.

Tana Bush Tackett
Debtor
Address: 16616 Bonham Ave.
Baton Rouge, LA. 70816
Phone: 225-752-2597

Internal Revenue Service
District Counsel
P.O. Box 30509
New Orleans, LA 70190

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Office of the U. S. Attorney
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801

Office of the U. S. Trustee
Region V
Texaco Center, Suite 2110
400 Poydras St.
New Orleans LA 70130

La. Dept. of Revenue
P.O. Box 66658
Baton Rouge LA 70896

Dean Morris LLP
1820 Avenue of America
P.O. Box 15270
Monroe LA 71207-5270

Transworld Systems, Inc.
Collection Agency
390 South Woods Mill Road
Chesterfield, MO 63017

Palisades Collection, LLC
P. O. Box 1274
Englewood Cliffs, NJ 07632

Sheridan Health Corp. Inc.
& It's subsidiaries
1616 N Harrison Parkway #200
Sunrise, IL 33323

Annette C. Crawford
P.O. Box 64868
Baton Rouge, LA 70896-4868

Sheridan Emergency Phys-Svc of Louisiana, Inc.
P. O. Box 841307
Pembroke Pines, FL 33084-3307

Ochsner Medical Center – Baton Rouge
17000 Medical Center Drive
Baton Rouge, LA 70816

ACS Prim Care Phys-LA, PC
P. O. Box 740022
Cincinnati, OH 45274-0022

ARS
P. O. Box 189018
Plantation, FL 3318-9018

Ochsner Medical Center
1514 Jefferson Hwy
New Orleans, LA 70121-2429

Wells Fargo Home Mortgage #708
P.O. Box 23030
Jacksonville, FL 32241-3030

Ochsner
Attn: Cashiers
AHS Summit Hospital
17000 Medical Center Drive
Baton Rouge, LA 70816

ACS
P.O. Box 189016
Plantation, FL 33318-9016

Armstrong & Associates
P. O. Box 1787
Mobile, AL 36633

NCO Financial
2360 Campbell Creek Ste. 500
Richardson, TX 75082

Van Ru Credit Corp.
8550 Ulmerton Rd. Suite 225
Largo, FL 33771-5351